165 So. 921

**Eugene MYRICK v. CITY OF HUNTSVILLE.**

**8 Div. 199.**

Court of Appeals of Alabama.
Feb. 4, 1936.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 921

**Pearl MYRICK v. CITY OF HUNTSVILLE.**

**8 Div. 200.**

Court of Appeals of Alabama.
Feb. 18, 1936.

SAMFORD, Judge.
Affirmed.

165 So. 921

**Eugene MYRICK v. CITY OF HUNTSVILLE.**

**8 Div. 201.**

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Affirmed.

170 So. 926

**John NANCE v. STATE.**

**8 Div. 386.**

Court of Appeals of Alabama.
Nov. 17, 1936.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 922

**Sam NAYMAN v. STATE.**

**8 Div. 275.**

Court of Appeals of Alabama.
Feb. 25, 1936.

BRICKEN, Presiding Judge.
Affirmed.

164 So. 922

**J. E. NEWBERRY v. STATE.**

**4 Div. 209.**

Court of Appeals of Alabama.
Nov. 26, 1935.

RICE, Judge.
Affirmed.

167 So. 922

**Ernest NEWBILL v. STATE.**

**I Div. 247.**

Court of Appeals of Alabama.
March 10, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

173 So. 922

**NEW YORK LIFE INS. CO. v. Lydia BURGESS, Adm'x.**

**7 Div. 240.**

Court of Appeals of Alabama.
April 6, 1937.

RICE, Judge.
Appeal dismissed on motion of appellant.